# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO. 8:04CV488 |
| Plaintiff, | |
| v. | ORDER |
| SALLIE J. NOVOTNY and CHERYL J. NOVOTNY, | |
| Defendants. | |

This matter is before the court on its own motion. The Clerk of Court is directed to accept and to hold in an interest bearing account for later distribution to the parties as the court directs, the amount of $77,204.26, representing insurance proceeds in the amount of $75,000.00, plus interest in the amount of $2,204.26, from Interpleader Plaintiff MetLife.

Dated this 20th day of April, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE