# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SALLIE J. NOVOTNY and<br>CHERYL J. NOVOTNY,<br><br>                    Defendants.<br>_____<br>SALLIE J. NOVOTNY,<br><br>          Cross-Claim Plaintiff,<br><br>     vs.<br><br>CHERYL J. NOVOTNY,<br><br>          Cross-Claim Defendant. | 8:04CV488<br><br>ORDER |

This matter is before the court following a conference with counsel on October 3, 2005. The defendant and cross-claim plaintiff, Sallie J. Novotny, was represented by John A. Kinney. The defendant and cross-claim defendant, Cheryl J. Novotny, was represented by Richard J. Henkenius. Following a discussion with counsel, the court will reschedule the trial of this matter.

**IT IS ORDERED:**

1. The non-jury trial of this matter is rescheduled before Chief Judge Joseph F. Bataillon on Friday, **December 16, 2005.**

2. The parties shall submit their signed final pretrial conference order to the undersigned magistrate judge by close of business **on November 4, 2005.**

DATED this 3rd day of October, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge