IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SALLIE J. NOVOTNY and CHERYL J. NOVOTNY,<br><br>Defendants.<br>_____<br><br>SALLIE J. NOVOTNY,<br><br>Cross-claim Plaintiff,<br><br>v.<br><br>CHERYL J. NOVOTNY,<br><br>Cross-claim Defendant. | 8:04CV488<br><br>ORDER |

This matter is before the court on cross-claim plaintiff Sallie Novotny's notice of appeal and motion for a stay or injunction pending appeal. Filing Nos. 32 and 33. Pursuant to the Civil Rules of the United States District Court for the District of Nebraska, an opposing party has ten days in which to respond to a motion. *See* NECivR 7.1(b)(1)(B). Accordingly,

IT IS ORDERED that the Clerk of Court is directed not to disburse any funds in connection with this action until the motion for a stay or injunction pending appeal is resolved by the court.

DATED this 28th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE