IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | 8:04CV488 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| SALLIE J. NOVOTNY and CHERYL J. NOVOTNY, | ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) ) | |
| SALLIE J. NOVOTNY, | ) ) | |
| Cross-claim Plaintiff, | ) ) | |
| v. | ) ) | |
| CHERYL J. NOVOTNY, | ) ) | |
| Cross-claim Defendant. | ) ) | |

This matter is before the court on the parties' joint motion to dismiss. Filing No. 61. Pursuant thereto,

IT IS ORDERED:

1. The parties' respective claims are dismissed.

2. Costs are to be paid by cross-claim plaintiff Sallie Novotny. Cross-claim defendant Cheryl Novotny shall file a verified bill of costs in compliance with NeCivR 54.1 within thirty (30) days of the date of this order.

3. The clerk of court is directed to disburse registry funds to cross-claim defendant Cheryl Novotny and her attorney, Richard J. Henkenius, jointly.

DATED this 15th day of May, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge